```
 1  STEVE W. BERMAN
    GEORGE W. SAMPSON
 2  TYLER WEAVER
    HAGENS BERMAN SOBOL SHAPIRO LLP
 3  1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
 4  Telephone: (206) 623-7292
    Facsimile:  (206) 623-0594
 5  steve@hbsslaw.com
    george@hbsslaw.com
 6  tyler@hbsslaw.com

 7  JENNIFER FOUNTAIN CONNOLLY
    HAGENS BERMAN SOBOL SHAPIRO LLP
 8  1629 K St. NW, Suite 300
    Washington, D.C. 20006
 9  Telephone: (202) 355-6435
    Facsimile:  (202) 355-6455
10  jenniferc@hbsslaw.com
```

**FILED**
CLERK U.S. DISTRICT COURT
JUN 2 2 2012
CENTRAL DISTRICT OF CALIFORNIA
            BY ___ DEPUTY

JS-6

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

CV 06-4973 SVW

| | |
|---|---|
| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
| | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** |
| This document relates to all actions. | Hearing: None |
| | Time: None |
| | Courtroom: 6 |
| | Judge: Hon. Stephen V. Wilson |
| | Trial Date: None |

IT IS SO ORDERED
Dated: JUN 2 2, 2012

_/s/ Stephen V. Wilson_
United States District Judge
**STEPHEN V. WILSON**

STIPULATED DISMISSAL

1   WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2   consolidated for purposes of coordinated pretrial proceedings;
3   WHEREAS, the parties have reached a global settlement of all twenty-two
4   actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5   two actions with prejudice;
6   NOW, THEREFORE, the parties, by and through their attorneys of record,
7   and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE
8   that this MDL and the following member actions are hereby dismissed with
9   prejudice:
10   (1)   *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11   (RCx) (Chicago Region);
12   (2)   *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13   SVW (RCx) (New York/New Jersey Region);
14   (3)   *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15   SVW (RCx) (Boston Region);
16   (4)   *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17   2:05-cv-06704-SVW-VBK (Los Angeles Region);
18   (5)   *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19   04987-SVW-VBK (Denver Region).
20   (6)   *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21   SVW (RCx) (South Florida Region);
22   (7)   *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23   2382-SVW (RCx) (Philadelphia Region);
24   (8)   *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25   SVW (RCx) (Northern California Region);
26   (9)   *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27   SVW (RCx) (Michigan Region);
28

1   (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-SVW (RCx) (Northern California Region);

(11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-4985(RCx) (Michigan Region);

(12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW (RCx) (Carolina Region);

(13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-SVW (RCx) (Atlanta Region);

(14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-5008(RCx) (Indiana Region);

(15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-5012 SVW (RCx) (Boston Region);

(16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-5018-SVW (RCx) (Ohio Region);

(17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-SVW (RCx) (Philadelphia Region);

(18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV 06-5058(RCx) (Houston Region);

(19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-SVW (RCx) (Wisconsin Region);

(20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-SVW (RCx) (District of Columbia Region);

(21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-SVW (RCx) (Arizona Region);

(22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW (RCx) (Seattle Region).

Dated: May 22, 2012  HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Jennifer F. Connolly
Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C. 20006
Tel.: (202) 355-6435
Fax: (202) 355-6455
E-mail: JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail: Lee@hbsslaw.com
        Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email: steve@hbsslaw.com
       george@hbsslaw.com
       tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
        mrm@wexlerwallace.com

```
 1
 2                          Lee Squitieri
                            Olga A. Pettigrew
 3                          SQUITIERI & FEARON LLP
                            32 East 57th Street, 12th Floor
 4                          New York, NY  10022
                            Tel.: (212) 421-6492
 5                          Fax: (212) 421-6553
                            E-mail: lee@sfclasslaw.com
 6
                            Co-Lead Counsel and Executive Committee
 7                          Members

 8                          Jeffrey Kodroff
                            SPECTOR, ROSEMAN, KODROFF &
 9                          WILLIS, P.C.
                            1818 Market Street, Suite 2500
10                          Philadelphia, PA  19103
                            Tel.: (215) 496 0300
11                          Fax: (215) 496 6611
                            E-mail: jkodroff@srkw-law.com
12
                            Nicholas Chimicles
13                          Kimberly Donaldson
                            CHIMICLES & TIKELLIS LLP
14                          361 W. Lancaster Avenue
                            Haverford, PA  19401
15                          Tel.: (610) 642-8500
                            Fax: (610) 649-3633
16                          E-mail:  nick@chimicles.com
                                     kimdonaldson@chimicles.com
17
                            Lance Harke
18                          HARKE & CLASBY
                            9699 NE Second Avenue
19                          Miami, FL 33138
                            Tel.: (305) 536-8220
20                          Fax: (305) 536-8229
                            E-mail:  lharke@harkeclasby.com
21
                            Hollis Salzman
22                          LABATON SUCHAROW
                            140 Broadway
23                          New York, NY 10005
                            Tel.:(212) 907-0700
24                          Fax:(212) 818-0477
                            E-mail: hsalzman@labaton.com
25
                            Executive Committee Members
26
27
28
```

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 4 | By: | /s/ Jonathan M. Jacobson |
| 5 | | Jonathan M. Jacobson |
| | | 1301 Avenue of the Americas |
| | | 40th Floor |
| 6 | | New York, NY 10019 |
| | | Telephone: (212) 999-5800 |
| 7 | | Facsimile: (212) 999-5899 |
| 8 | | Colleen Bal |
| | | Wilson Sonsini Goodrich & Rosati PC |
| 9 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 10 | | Telephone: (650) 493-9300 |
| | | Facsimile: (650) 493-8111 |
| 12 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C |
| 13 | | Harvey I. Saferstein |
| | | 2029 Century Park East, Suite 1370 |
| | | Los Angeles, California 90067 |
| 14 | | Telephone: (310) 586-3200 |
| 15 | | ***Attorneys for Defendants*** |